# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| In re: Richard P. Meabon and Evelyn L. Meabon, **Debtors** | ) | JUDGMENT IN CASE |
| | ) | |
| | ) | 3:15cv398 |
| Richard P. Meabon, Appellant, | | |
| | ) | |
| vs. | ) | |
| | ) | |
| R. Keith Johnson, Trustee for the Bankruptcy Estate of Richard P. Meabon and Evelyn L. Meabon, Appellee | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 6, 2016 Order.

June 6, 2016

Frank G. Johns, Clerk
United States District Court